

FILED

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0005

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0005

_____

IN RE MOTION OF LILLIAN L. ALVES, FOR
ADMISSION TO THE BAR OF THE STATE OF       O R D E R
MONTANA

_____

Lillian L. Alves has moved for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. Alves also requests leave to be sworn in by the Honorable Sueanna P. Johnson of the Colorado Court of Appeals. The Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Alves has provided the necessary documentation and has satisfied the requirements prerequisite to admission on motion under Rule V. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Lillian L. Alves may be sworn in to the practice of law in the State of Montana by the Honorable Sueanna P. Johnson of the Colorado Court of Appeals.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 10 day of October, 2023.

FILED

OCT 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices